1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| NIANNIAN LI, | No. 2:23-cv-06608-JAK (MAAx) |
| PLAINTIFF, | **ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION (DKT. 10)** |
| v. | |
| JADDOU UR MENDOZA, et al., | |
| DEFENDANTS. | **JS-6: CASE INACTIVE/STAYED** |

1

Based on a review of the Joint Stipulation to Stay Case Pending Adjudication of Application (the "Stipulation" (Dkt. 10)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

All proceedings in this action are STAYED until January 8, 2025. The parties shall file a joint report on the earlier of every 60 days, or within 10 days of any material development in the administrative proceedings, including any modification of the August 27, 2024 interview date. The first 60-day report shall be filed no later than December 11, 2023.

On or before the earlier of January 8, 2025, or within 10 days following the adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal pending before the United States Citizenship and Immigration Services, the parties shall file a joint report regarding the status of the application. The joint report shall also state the parties' collective and/or respective positions as to whether the stay should be continued, the case dismissed (with or without prejudice), or the stay lifted and the action returned to the Court's active calendar.

**IT IS SO ORDERED.**

Dated: October 10, 2023              _____
                                     John A. Kronstadt
                                     United States District Judge